# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| EVELYN LOUISE PETERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15CV58-RLV-1 |
| | ) | 5:11CR73-9-RLV |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2015, Order.

Signed: August 11, 2015

_____
Frank G. Johns, Clerk
United States District Court